IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JIMMIE EARL JONES, III,**

Plaintiff,

v.

**TEAUNA MIRANDA, et al.,**

Defendants.

Case No. 2:25-cv-2998 CSK P

~~[PROPOSED]~~ **ORDER**

Plaintiff is a former state prisoner proceeding pro se.  Defendants have filed a first request for a 45-day extension of time to file a responsive pleading which is currently due on or before June 29, 2026.  Preparation of defendants' responsive pleading has been hindered by a delay in receipt of documents from the CDCR, among other things.  (ECF No. 16.)  Defendants have provided good cause for the extension of time, which is granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendants' request for extension of time (ECF No. 16) is granted.

2.  Defendants' responsive pleading shall be filed on or before August 13, 2026.

Dated:  June 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jone2998.eot