IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE EARL JONES, III,** Plaintiff, **v.** **TEAUNA MIRANDA, et al.,** Defendants. | 2:25-cv-2998 CSK **~~[PROPOSED]~~ MODIFIED ORDER** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis. On September 10, 2026, defendants filed their third motion for extension of time to file a responsive pleading. (ECF No. 21.) Initially, counsel had difficulty obtaining documents from the CDCR, and then the case was pending reassignment to new counsel. This case has now been assigned to new counsel, who needs an additional fourteen days to meet with defendants and finalize their responsive pleading. Good cause appearing, defendants' motion is granted. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time to file a responsive pleading (ECF No. 21) is granted.

2. Defendants shall file a responsive pleading no later than September 28, 2026. No other deadlines are affected by this order.

Dated: September 14, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jone2998.eot3