IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE EARL JONES, III,**<br>Plaintiff,<br>**v.**<br>**TEAUNA MIRANDA, et al.,**<br>Defendants. | 2:25-cv-2998 CSK<br>~~**[PROPOSED]**~~ **ORDER** |

Plaintiff is proceeding without counsel. On October 2, 2026, this matter was referred to the Post-Screening ADR Project, and defendants were directed to file any motion to opt out within 45 days. On November 13, 2026, defendants filed a motion for a fourteen day extension of time to respond to the referral order. (ECF No. 25.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 25) is granted.
2. Defendants shall respond to the October 2, 2026 order no later than November 30, 2026. No other deadlines are affected by this order.

Dated: November 18, 2026

/1/jone2998.ext

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE